UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO CRAWFORD,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 14-CV-1682<br>: |
| LT. WHILE, *et al.*,<br>    Defendants. | :<br>:<br>: |

*O R D E R*

AND NOW, this 16th day of September, 2014, upon consideration of the report and recommendation of the magistrate judge (Doc. 9), filed August 29, 2014, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 9) is adopted.

2. Plaintiff's motion for preliminary injunctive relief (Doc. 2) is DENIED.

3. This case is remanded to the magistrate judge for further proceedings, including an R&R on any dispositive motions that may be filed.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge