UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO CRAWFORD,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 14-CV-1682<br>: |
| LT. WHILE, *et al.*,<br>    Defendants. | :<br>:<br>: |

*O R D E R*

AND NOW, this 23rd day of October, 2014, upon consideration of the report and recommendation of the magistrate judge (Doc. 21), filed September 30, 2014, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 21) is adopted.

2. Plaintiff's motion to dismiss Defendants Stage and Mink (Doc. 14) is granted.

3. This case is remanded to the magistrate judge for further proceedings, including an R&R on any dispositive motions that may be filed.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge