UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO R. CRAWFORD, :
    Plaintiff :
: CIVIL NO. 14-cv-1682
    v. :
:
LT. WHITE, *et al.*, :
    Defendants. :
:
:

*O R D E R*

AND NOW, this 16th day of June, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 48), filed April 15th, 2015, and the objections that were filed, it is ordered that:

    1. The magistrate judge's report (Doc. 48) is ADOPTED.

    2. Defendants' motion to dismiss and/or for summary judgment (Doc. 30) is GRANTED.

    3. Plaintiff's motion to be released from the SMU (Doc. 44) is DENIED.

    4. The Clerk of Court shall close this file.


                /s/ William W. Caldwell
                William W. Caldwell
                United States District Judge